IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:92CR14 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER SCOTT, | ) | ORDER |
| JOHNNY RAY BUTLER, and | ) | |
| MARCEL HARRIS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to extend government's time to respond to defendants' "Writs of Error 'Audita Querela'" (Filing No. 1011). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; plaintiff shall have until May 9, 2005, to respond to defendants' "Writs of Error 'Audita Querela' § 28 U.S.C. 1651(a) 'All Writs Act.'"

DATED this 3rd day of May, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court