IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:92CR14 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHNNY RAY BUTLER, | ) | ORDER AND JUDGMENT |
| CHRISTOPHER SCOTT, | ) | |
| MARCEL HARRIS, and | ) | |
| CLEVELAND JOHNSON, JR., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that the Writs of Error Audita Querela filed by defendants Marcel Harris (Filing No. 984), Johnny Ray Butler (Filing No. 1004), Christopher Scott (Filing No. 1005), and Cleveland Johnson, Jr. (Filing No. 1013) are denied.

DATED this 10th day of May, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court