IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:92CR14 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHNNY RAY BUTLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on a referral from the clerk's office as to whether defendant's notice of appeal has been timely filed or not.  March 8, 2014, was the date by which defendant needed to file his notice of appeal.  March 8, 2014, fell on a Saturday, which meant that the date for filing his notice of appeal would be Monday, March 10, 2014.  Fed.R.App.P. 4(c)(1).  The record reflects that defendant delivered his notice of appeal to the prison mailing system on March 8, 2014.  Accordingly, the Court finds that it has been timely filed.

IT IS ORDERED that defendant's notice of appeal is deemed timely filed.

DATED this 3rd day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court