IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:92CR14 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHNNY RAY BUTLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to voluntary withdraw pro se motion to correct pursuant to Rule 60(a)(1) (Filing No. 1284).  The Court notes defendant wishes to be eligible for commutation/clemency.  Accordingly,

IT IS ORDERED that defendant's motion is granted; all pending motions are deemed withdrawn.

DATED this 19th day of August, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court