IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHNNY RAY BUTLER,<br><br>　　　　　　Defendant. | 8:92CR14<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order (Filing No. 1322) entered today, Johnny Ray Butler's Request for Relief pursuant to Federal Rule of Criminal Procedure 35(a) is denied.

Dated this 17th day of September 2018.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*Robert F. Rossiter, Jr.*
　　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge