geIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:92CR14 |
| v. | |
| JOHNNY RAY BUTLER, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on pro se defendant Johnny Ray Butler's ("Butler") Motion for Reconsideration (Filing No. 1324). Butler again challenges his sentence and requests the Court "change its mind" and reduce his sentence from mandatory life to a thirty-year term. The Court has carefully reviewed Butler's request and finds no compelling reason to reconsider its prior rulings. Butler's Motion for Reconsideration (Filing No. 1324) is denied.

IT IS SO ORDERED.

Dated this 6th day of November 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge